

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00012-CV

| | | |
|---|---|---|
| RICK EMMERT, Appellant | § | On Appeal from the 236th District Court |
| v. | § | of Tarrant County (236-303682-18) |
| WILMINGTON SAVINGS FUND, SOCIETY, FSB D/B/A CHRISTINA TRUST, AS TRUSTEE, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE FOR ARLP, SECURITIZATION TRUST, SERIES 2015-1, AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC, Appellees | § | February 25, 2021 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Rick Emmert must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr